1  LORI RIFKIN – 244081
   RIFKIN LAW OFFICE
2  P.O Box 19169
   Oakland, California 94619
3  Telephone:    (415) 685-3591
   Facsimile:    (510) 255-6266
4  Email: lrifkin@rifkinlawoffice.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | Nathaniel Smith,                        | Case No. 2:15-cv-00363-GEB-AC

12 |              Plaintiff,

13 |         v.                              | **JOINT STIPULATION & [PROPOSED] ORDER FOR CONTINUATION OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**

14 | City of Stockton; Officer Mayer, Officer
   | Robin Harrison, Officer Michael Perez,
15 | and former Chief of Police Blair Ulring, in
   | their individual capacities; and Chief of
16 | Police Eric Jones, in his official capacity,

17 |              Defendants.

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION & [PROPOSED] ORDER FOR CONTINUATION OF HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS

1        On March 23, 2105, Defendants City of Stockton and Chief of Police Eric Jones

2   noticed a hearing on their motion to dismiss Plaintiff's complaint for April 27, 2015.

3   (Doc. No. 10.)  Pursuant to Local Rule 230(f), the parties jointly submit this stipulation

4   and proposed order for continuation of the hearing date on Defendants' motion to dismiss

5   to the next available date on the Court's motion calendar, May 11, 2015.  Accordingly,

6   Plaintiff's opposition to the motion would be filed and served no later than April 27, 2015,

7   and Defendants' reply would be filed and served no later than May 4, 2015.

8

9   DATED: April 6, 2015            Respectfully submitted,

10                                  RIFKIN LAW OFFICE

11

12                                  By:  */s/ Lori Rifkin*

13                                       Lori Rifkin

14                                  Attorney for Plaintiff
    DATED: April 6, 2015

15

16                                  By:  */s/ Ted Wood*

17                                       Ted Wood
                                         Deputy City Attorney

18

19                                  Attorney for Defendants

20

21       The Parties' request to continue the hearing on Defendants' motion to dismiss to

22   May 11, 2015 is hereby **GRANTED.**

23       **IT IS SO ORDERED.**

24   Dated:  April 8, 2015

25

26   _____

27   GARLAND E. BURRELL, JR.
     Senior United States District Judge

28

1

JOINT STIPULATION & [PROPOSED] ORDER FOR CONTINUATION OF HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS