UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL SMITH,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF STOCKTON; OFFICER MAYER, OFFICER ROBIN HARRISON, OFFICER MICHAEL PEREZ, AND FORMER CHIEF OF POLICE BLAIR ULRING, in their individual capacities; and CHIEF OF POLICE ERIC JONES, in his official capacity,<br><br>             Defendants. | No. 2:15-CV-00363-GEB-AC<br><br>**ORDER REFERRING THE DISMISSAL MOTION FILED BY CITY OF STOCKTON AND CHIEF OF POLICE ERIC JONES TO THE BANKRUPTCY COURT** |

Plaintiff filed a Complaint in district court alleging federal and state law claims concerning his arrest on February 13, 2013. Defendants City of Stockton ("the City") and Chief of Police Eric Jones ("Jones") (collectively "Defendants") seek dismissal of each claim contending the claims are barred since Plaintiff did not file a Proof of Claim in the City's bankruptcy proceedings. Specifically, Defendants contend:

> [The City] filed a Chapter 9 case in the United States Bankruptcy Court for the Eastern District of California. (Case No. 2012-23118). According to Section II.D. of the Amended Plan of Adjustment [("the Plan")] (page 32), all proofs of claim for Post-petition claims that arise prior to August

1

16, 2013 must have been filed by August 16, 2013, in order to be considered timely. . . . The terms of the Plan are binding on all creditors, including Plaintiff. The Plan provides (on page 49) that upon the "Effective Date," the City is discharged from all its debts other than those excepted from the discharge Plan or by statute. . . . Plaintiff in this case did not file a Proof of Claim with the [B]ankruptcy [C]ourt]. As such, . . . Plaintiff [is barred] from recovering anything on [his] claims against [the City]. . . . Additionally, [Plaintiff is barred] . . . from recovering anything on [his] claims against [Jones] since he is being sued in his official capacity as Chief of Police for the Stockton Police Department."

(Defs.' City of Stockton and Chief of Police Eric Jones' Not. of Mot. & Mot. to Dismiss ("Mot.") 2:2-22, ECF No.9.)

Defendants' dismissal motion is premised on interpretation of an order or orders issued by the Bankruptcy Court in the City's chapter 9 bankruptcy proceeding, captioned <u>In re City of Stockton, California</u>, Case No. 2012-32118. Therefore, Defendants' dismissal motion is referred to the bankruptcy court under 28 U.S.C. § 157(a), and the motion scheduled for hearing before this district judge on May 11, 2015 is deemed withdrawn.

Dated: May 5, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2