UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Smith,<br><br>   Plaintiff,<br><br> v.<br><br>City of Stockton; Officer Mayer, Officer Robin Harrison, Officer Michael Perez, and former Chief of Police Blair Ulring, in their individual capacities; and Chief of Police Eric Jones, in his official capacity,<br><br>   Defendants. | No.  2:15-cv-00363-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER** |

   Plaintiff states in the Joint Status Report ("JSR") filed May 4, 2015, as follows:

> Plaintiff anticipates amending the complaint to add Chief Jones in his individual capacity (currently named only in his official capacity), and the parties are currently meeting and conferring regarding former Chief Ulring's status in the case, which may result in amendment to the pleadings. The parties propose that such amendment take place after the Court reaches a decision regarding the pending motion to dismiss.[1]

(JSR 2:4-8, ECF No. 17.)

---

[1] The referenced dismissal motion was referred to the bankruptcy court under 28 U.S.C. § 157(a) on May 6, 2015. (See ECF No. 18.)

1

These statements fail to comply with Plaintiff's obligation under Rule 16 to provide meaningful information on when the referenced amendments would be sought.

> Parties anticipating possible amendments. . . have an unflagging obligation to alert the Rule 16 scheduling judge of the . . . timing of such anticipated amendments in their status reports so that the judge can consider whether such amendments may properly be sought solely under the Rule 15(a) standard, and whether structuring discovery pertinent to the parties' decision whether to amend is feasible.

<u>Jackson v. Laureate, Inc.</u>, 186 F.R.D. 605, 608 (E.D. Cal. 1999) (internal quotation marks omitted).

Therefore, the Status (Pretrial Scheduling) Conference set for May 18, 2015, is continued to June 8, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall address the anticipated timing of the referenced amendments. Plaintiff shall also address in the further joint status report his efforts to prosecute this action against Defendant Mayer, who has not yet appeared in this action.

IT IS SO ORDERED.

Dated: May 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2