UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Smith,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>City of Stockton, Officer Mayer, Officer Robin Harrison, Officer Michael Perez, and former Chief of Police Blair Ulring, in their individual capacities; and Chief of Police Eric Jones, in his official capacity,<br><br>　　　　Defendants. | No.  2:15-cv-00363-GEB-AC<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation to file First Amended Complaint, (ECF No. 21), Plaintiff is granted leave to file the First Amended Complaint, which was filed as Exhibit A to the referenced stipulation, no later than October 23, 2015; all answers already filed are hereby deemed responsive to the First Amended Complaint as the operative complaint; and, all Defendants who have not yet filed an Answer shall file an answer to the First Amended Complaint within ten (10) days of the date the First Amended Complaint is filed.

Dated:  October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28