JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
TED DANIEL WOOD, Deputy City Attorney
State Bar No. 191768
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
City of Stockton, Robin Harrison, Patrick Mayer,
Michael Perez, and Eric Jones

LORI RIFKIN, SBN 244081
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, CA 94169
Telephone: (415) 685-3591
Facsimile: (510) 255-6266

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Nathaniel Smith,<br><br>          Plaintiff,<br><br>     v.<br><br>City of Stockton; Officer Mayer, Officer Robin Harrison, Officer Michael Perez, and former Chief of Police Blair Ulring, in their individual capacities; and Chief of Police Eric Jones, in his official capacity,<br><br>          Defendants. | Case No. 2:15-cv-00363-KJM-AC<br><br>**STIPULATED REQUEST AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

1       The discovery cut-off in this case is currently November 29, 2016. Dkt. 29. The expert disclosure deadline is currently July 29, 2016, with a rebuttal expert disclosure deadline of September 1, 2016. *Id.* The parties in this matter jointly request a modification of the expert disclosure dates to enable each party to complete sufficient fact discovery prior to expert disclosure. The parties do not anticipate that this will require any modification of the discovery cut-off or subsequent schedule in this case.

      When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.* 975, F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

      Plaintiff served requests for production on February 3, 2016 to which Defendants have not yet completed their responsive production. For example, Defendants have not yet produced responsive electronically stored information (ESI), although they have represented that they are in the process of doing so, have duly undertaken electronic searches, and will complete production by June 15, 2016. Additionally, Defendants just produced many of the non-ESI responsive documents in the week of May 23, 2016. As a result, Plaintiff was compelled to postpone the first group of depositions by Plaintiff that had been scheduled to begin in May and June. As a result, Plaintiff will not be able to meet the current expert disclosure deadline, despite diligence in serving discovery requests and scheduling depositions in anticipation of this date. Defendants have maintained that they are responding diligently and with all possible speed, thereby necessitating an extension of the current deadlines. An extension of the pre-expert disclosure discovery period will

1  allow for both parties to complete depositions and subsequent related discovery.

2      The parties' proposed modification of the scheduling order is (original
3  deadline noted in parentheses):

4      Last day for expert disclosure: October 3, 2016 (original July 29, 2016)

5      Last day for rebuttal expert reports: October 24, 2016 (original September 1,
6  2016)

7      Close of discovery: November 29, 2016 (unchanged)

8      The parties respectfully request that the Court approve this stipulated
9  modification of the scheduling order.

Dated:  June 6, 2016                           Respectfully submitted,

                                                    JOHN M. LUEBBERKE, City Attorney
                                                   TED DANIEL WOOD, Deputy City Attorney

                                                   ***/s/ Ted Wood***
                                                 TED DANIEL WOOD, Deputy City Attorney
                                                 *Attorneys for Defendants*

Dated:  June 6, 2016                           RIFKIN LAW OFFICE

                                                 ***/s/ Lori Rifkin***
                                                 Lori Rifkin
                                                 *Attorney for Plaintiff*

    The Court finds good cause to grant the parties' stipulated request to modify the scheduling order, and modifies the scheduling order as set forth above.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 8, 2016

                                                                      UNITED STATES DISTRICT JUDGE