Lori Rifkin, Esq. [S.B. #244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591/Facsimile:  (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600/Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

DANA A. SUNTAG, State Bar Number: 125127
JOSHUA STEVENS, State Bar Number: 238105
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
Dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

Nathaniel Smith,

  Plaintiff,

  v.

City of Stockton; Officer Patrick Mayer,
Officer Robin Harrison, and Officer
Michael Perez, in their individual
capacities; and Chief of Police Eric Jones,
in his official and individual capacities,

  Defendants.

Case No.: 2:15-cv-00363-KJM-AC

[Assigned to the Honorable Kimberly J.
Mueller – Courtroom 3]

**JOINT STIPULATED REQUEST &
ORDER TO MODIFY SCHEDULING
ORDER**

Complaint filed:      February 12, 2015
Discovery Cut-Off:    April 28, 2017
Motion Cut-Off:       June 16, 2017
Trial Date:           November 6, 2017

Plaintiff NATHANIEL SMITH and Defendants CITY OF STOCKTON, OFFICER ROBIN HARRISON, OFFICER PATRICK MAYER, OFFICER MICHAEL PEREZ, and CHIEF OF POLICE ERIC JONES (also hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel of record, and subject to the approval of the court, hereby stipulate as follows:

Whereas, the parties have agreed to engage in mediation in a good-faith effort to resolve the case; and

Whereas, in order to focus on trying to resolve the case, the parties have agreed to jointly request modification of the scheduling order that continues various discovery deadlines, but does not change dispositive motion and trial dates; and

Whereas, mediation is scheduled for February 17, 2017; and

Whereas, the expert disclosure deadline in this case is currently March 3, 2017, and the expert rebuttal deadline is currently March 24, 2017; and

Whereas, the parties have agreed to produce outstanding discovery by February 28, 2017, and to a tentative deposition schedule allowing for completion of outstanding depositions between February 22 and March 23, 2017; and

Whereas, when an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *see also Johnson v. Mammoth Recreations, Inc.* 975 F.2d 604, 609 (9th Cir. 1992) ("The district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'");

The parties request that the Court modify the operative scheduling order in this case as follows:

| | Current | Proposed |
|---|---|---|
| Expert Disclosure Deadline | 3/3/17 | 3/31/17 |
| Expert Rebuttal Deadline | 3/24/17 | 4/12/17 |
| Discovery Cut-off | 4/28/17 | Unchanged |

| | | |
|---|---|---|
| Last Day to Hear Dispositive Motions | 6/16/17 | Unchanged |
| Joint Pretrial Statement Filing Deadline | 09/01/17 | Unchanged |
| Final Pretrial Conference | 09/22/17 | Unchanged |
| Trial | 11/06/17 | Unchanged |

Based on the foregoing, the parties respectfully request that the Court approve this stipulated modification of the scheduling order.

Respectfully Submitted,

Dated: January 19, 2017            HADSELL STORMER & RENICK LLP

By: ___/s/ - Lori Rifkin_____
        Lori Rifkin
        Attorney for Plaintiff

Dated: January 19, 2017            HERUM\CRABTREE\SUNTAG

By: ___/s/ - Joshua Stevens_____
        Joshua Stevens
        Attorney for All Defendants

# ORDER

The Court, having considered the parties' stipulation, and good cause appearing, the Joint Stipulated Request to Modify the Scheduling is GRANTED and all parties shall comply with its provisions as follows:

| | Deadline |
|---|---|
| Expert Disclosure Deadline | 3/31/17 |
| Expert Rebuttal Deadline | 4/12/17 |
| Discovery Cut-off | 4/28/17 |
| Last Day to Hear Dispositive Motions | 6/16/17 |
| Joint Pretrial Statement Filing Deadline | 09/01/17 |
| Final Pretrial Conference | 09/22/17 |
| Trial | 11/06/17 |

**IT IS SO ORDERED.**

DATED: January 25, 2017

_____
UNITED STATES DISTRICT JUDGE