UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| NATHANIEL SMITH, | No. 2:15-cv-00363-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | FIFTH AMENDMENT TO SCHEDULING ORDER |
| CITY OF STOCKTON ET AL., | |
| Defendants. | |

The parties jointly request (ECF No. 64) to amend dates in the pretrial scheduling order (ECF No. 29). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Supplemental Expert Disclosures | April 12, 2017 | April 12, 2017 |
| Completion of Expert Discovery | April 28, 2017 | April 28, 2017 |
| Discovery Cut-Off | April 28, 2017 | May 26, 2017 |
| All Dispositive Motions | June 16, 2017 | July 14, 2017 |
| File Joint Pretrial Conference Statement | September 1, 2017 | November 10, 2017 |
| Final Pretrial Conference | September 22, 2017 | December 8, 2017 |

Deadlines for trial briefs and trial will be determined at the Final Pretrial Conference.

IT IS SO ORDERED.

DATED: April 13, 2017

_____
UNITED STATES DISTRICT JUDGE

1