Lori Rifkin, Esq. [S.B. #244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591/Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600/Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

DANA A. SUNTAG, State Bar Number: 125127
JOSHUA J. STEVENS, State Bar Number: 238105
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| Nathaniel Smith,<br><br>        Plaintiff,<br><br>  v.<br><br>City of Stockton; Officer Patrick Mayer, Officer Robin Harrison, and Officer Michael Perez, in their individual capacities; and Chief of Police Eric Jones, in his official and individual capacities,<br><br>        Defendants. | Case No.: 2:15-cv-00363-KJM-AC<br><br>[Assigned to the Honorable Kimberly J. Mueller – Courtroom 3]<br><br>**JOINT STIPULATED REQUEST & ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint filed:    February 12, 2015<br>Discovery Cut-Off:  May 26, 2017<br>Motion Cut-Off:    July 14, 2017<br>Trial Date:          TBD |

| | |
|---|---|
| 1 | Plaintiff NATHANIEL SMITH and Defendants CITY OF STOCKTON, |
| 2 | OFFICER ROBIN HARRISON, OFFICER PATRICK MAYER, OFFICER MICHAEL |
| 3 | PEREZ, and CHIEF OF POLICE ERIC JONES (hereinafter collectively referred to as |
| 4 | "Defendants"), by and through their undersigned counsel of record, and subject to the |
| 5 | approval of the court, hereby stipulate as follows: |
| 6 | Whereas, the discovery cut-off to complete expert discovery is May 26, 2017, |
| 7 | and the last date by which dispositive motions must be heard is July 14, 2017; and |
| 8 | Whereas the parties had all expert depositions scheduled to be completed by the |
| 9 | end of May. Plaintiff's only expert, Scott DeFoe, was scheduled to be deposed on |
| 10 | May 12, 2017, but this deposition had to be cancelled at the last minute due to the |
| 11 | sudden passing of Mr. DeFoe's mother on the evening of May 11, 2017; and |
| 12 | Defendants' two experts were scheduled to be deposed *after* Mr. DeFoe; and |
| 13 | The parties wish to maintain the status quo in terms of the scheduling of expert |
| 14 | depositions with regards to Plaintiff's expert being deposed first, followed by |
| 15 | Defendant' two experts; and |
| 16 | Whereas, the parties jointly request that the expert discovery cut-off date be |
| 17 | modified to enable the parties time to complete expert discovery in the manner |
| 18 | described above in order to accommodate Mr. DeFoe's period of bereavement; and |
| 19 | Whereas, expert testimony may provide crucial support for a dispositive motion |
| 20 | such that the parties request the last day to hear dispositive motions be extended |
| 21 | accordingly; and |
| 22 | Whereas, Plaintiff is incarcerated, and requests 3 weeks instead of the standard 2 |
| 23 | weeks to file opposition to Defendants' anticipated dispositive motion, and Defendants |
| 24 | are agreeable with that request in conjunction with the other modifications this |
| 25 | stipulation seeks and conditional on the Court granting those modifications; and |
| 26 | Whereas, when an act must be done within a specified time, the court may, for |
| 27 | good cause, extend the time with or without motion or notice of the court acts, or if a |
| 28 | request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *see also* |

*Johnson v. Mammoth Recreations, Inc.* 975 F.2d 604, 609 (9th Cir. 1992) ("The district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'");

The parties request that the Court modify the operative scheduling order in this case as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Expert Discovery Cut-Off | 5/26/17 | 7/28/17 |
| Last Day to Hear Dispositive Motions | 7/14/17 | 9/15/17[1] |
| File Joint Pretrial Conference Statement | 11/10/17 | Unchanged |
| Final Pretrial Conference | 12/8/17 | Unchanged |

Based on the foregoing, the parties respectfully request that the Court approve this stipulated modification of the scheduling order.

Respectfully Submitted,

Dated: May 17, 2017   HADSELL STORMER & RENICK LLP

By: /s/ - *Lori Rifkin*
   Lori Rifkin
   Attorney for Plaintiff

Dated: May 17, 2017   HERUM\CRABTREE\SUNTAG

By: /s/ - *Joshua J. Stevens*
   Joshua J. Stevens
   Attorney for All Defendants

---

[1] Defendants anticipate filing their motion(s) 35 days before the hearing instead of 28 days before the hearing to give Plaintiff an additional seven days to prepare and file opposition.

JOINT STIPULATED REQUEST TO MODIFY SCHEDULING ORDER ; [PROP] ORDER   -2-

# **ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, the Joint Stipulated Request to Modify the Scheduling is GRANTED and all parties shall comply with its provisions.

The Court modifies the operative scheduling order in this case as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Expert Discovery Cut-Off | 5/26/17 | 7/28/17 |
| Last Day to Hear Dispositive Motions | 7/14/17 | 9/22/17 |
| File Joint Pretrial Conference Statement | 11/10/17 | Unchanged |
| Final Pretrial Conference | 12/8/17 | Unchanged |

**IT IS SO ORDERED.**

DATED: June 16, 2017

_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED REQUEST TO MODIFY SCHEDULING ORDER ; [PROP] ORDER -1-