Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591/Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B.#101967]
Brian Olney, Esq. [S.B. # 298089]
HANDSELL STORMER &RENICK LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600/Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
bloney@hadsellstormer.com
Attorneys for Plaintiff

DANA A. SUNTAG, State Bar Number: 125127
JOSHUA J. STEVES, State Bar Number: 238105
HERUM CRABTREE SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, CA 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
Dsuntag@herumcrabtree.com

Attorneys for All Defendants

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Nathaniel Smith, | Case No.: 2:15-cv-00363-KJM-AC |
| Plaintiff, | [Assigned to the Honorable Kimberly J. Mueller-Courtroom 3] |
| vs. | |
| City of Stockton: Officer Patrick Mayer, Officer Robin Harrison, and Officer Michael Perez, in their individual capacities; and chief of Police Eric Jones, in his official and individual capacities, | **JOINT STIPULATION & ORDER TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS CHIEF OF POLICE ERIC JONES IN HIS OFFICIAL CAPACITY** |
| Defendants. | Complaint filed: February 12, 2015<br>Discovery Cut-Off: May 26, 2017<br>Motion Cut-Off: July 14, 2017<br>Trial Date: TBC |

_____



JOINT STIPULATION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS CHIEF OF POLICE
ERIC JONES IN HIS OFFICIAL CAPACITY; ORDER

Plaintiff NATHANIEL SMITH and Defendants CITY OF STOCKTON, OFFICER ROBIN HARRISON, OFFICER PATRICK MAYER, OFFICER MICHAEL PEREZ, and CHIEF OF POLICE ERIC JONES (also hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel of record, and subject to the approval of the Court, hereby stipulate as follows:

Defendants are presently planning on submitting a motion for summary judgment, or in the alternative, summary adjudication as to Plaintiff's claims in this action. Pursuant to Judge Mueller's standing civil order, the parties met and conferred regarding Defendants' intended motion as required. The parties hereby agree to the following two items:

1) Plaintiff's second claim for relief, for intentionally and/or recklessly provoking a confrontation, against Officers Mayer and Perez (premised on 42 U.S.C. § 1983, the 4th and 14th Amendments), is no longer a viable claim for relief in light of the recent United States Supreme Court decision in *County of Los Angeles, California, et al. v. Mendez, et al.*, 518 U.S. _____ (2017), 2017 U.S. LEXIS 3396 (May 30, 2017). Accordingly, Plaintiff hereby agrees to dismiss his second claim for relief with prejudice.

2) Plaintiff has named both the City of Stockton and Chief of Police Eric Jones in his official capacity as Defendants in this suit. Plaintiff's counsel agrees, pursuant to controlling case law, that both cannot be named as Defendants in this action, and hereby agrees to dismiss Chief Jones, in his official capacity only, from the action with prejudice. (Chief Jones is also named in his individual capacity as a Defendant, and Plaintiff's claims against Chief Jones in his individual capacity will be addressed in Defendants' motion.)

| | | |
|---|---|---|
| 1 | | |
| 2 | | Respectfully Submitted, |
| 3 | Dated: June 12, 2017 | HADSELL STORMER & RENICK LLP |
| 4 | | By: /s/ - *Lori Rifki* |
| 5 | | Lori Rifkin |
| 6 | | Attorney for Plaintiff |
| 7 | | |
| 8 | Dated: June 12, 2017 | HERUM\CRABTREE\SUNTAG |
| 9 | | By: /s/ - *Joshua J. Stevens* |
| 10 | | Joshua J. Stevens<br>Attorney for All Defendants |

JOINT STIPULATION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF AND DISMISS CHIEF OF POLICE ERIC JONES IN HIS OFFICIAL CAPACITY; ORDER

## **ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, the Joint Stipulation to Dismiss Plaintiff's Second Claim for Relief and Dismiss Chief of Police Eric Jones in his official capacity as a Defendant is GRANTED and all parties shall comply with its provisions.

**IT IS SO ORDERED.**

DATED: June 21, 2017.


UNITED STATES DISTRICT JUDGE