Lori Rifkin, Esq. [S.B. #244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Nathaniel Smith,<br><br>    Plaintiff,<br><br>  v.<br><br>City of Stockton; Officer Patrick Mayer, Officer Robin Harrison, and Officer Michael Perez, in their individual capacities; and Chief of Police Eric Jones, in his official and individual capacities,<br><br>    Defendants. | Case No.: 2:15-cv-00363-KJM-AC<br><br>[Assigned to the Honorable Kimberly J. Mueller – Courtroom 3]<br><br>**DECLARATION OF BRIAN OLNEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:  August 25, 2017<br>Time:  10:00 a.m.<br>Crtrm:  3<br><br>Complaint filed:  February 12, 2015<br>Discovery Cut-Off: May 26, 2017<br>Motion Cut-Off:  July 14, 2017<br>Trial Date:  None Set |

_____
OLNEY DECL IN SUPP PLTF'S OPP TO
DEFTS' MTN SUMMARY JUDGMENT

## DECLARATION OF BRIAN OLNEY

I, Brian Olney hereby declare and say:

1. I am an associate at the law firm of Hadsell Stormer & Renick LLP. I am an attorney licensed to practice law in California and before this Court, and am counsel of record for Plaintiff in this action. The information contained herein is based on my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Statement of Officer Michael Perez, DR# 13-5535, dated April 19, 2013, and produced by Defendants in the course of discovery as COS007502-7516.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Statement of Officer Robin Harrison, DR#13-5535, dated February 13, 2013, and produced by Defendants in the course of discovery as COS003904, 3914, and 3924.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Summary Narrative of Officer Jose Hermosillo Contreras, DR# 13-5535, dated March 8, 2013, and produced by Defendants in the course of discovery as COS003536 and 3541.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the Criminal Grand Jury Indictment in *People of the State of California v. Nathaniel Alexander Smith*, Case No. SF127013A, dated February 11, 2014, and produced by Plaintiff in the course of discovery as PLF000121, 128, 133, 135, 192, 203-204, and 232.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the American Medical Response San Joaquin Patient Care Report, dated February 13, 2013, and photographs of Plaintiff in the County Hospital, dated February 15, 2013 and produced by Defendants in the course of discovery as COS003798-3799 and 10493-10508.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the San Joaquin General Hospital Report of Operation, dated February 13, 2013, and produced by Plaintiff in the course of discovery as PLF000001.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Stockton

1  Police Department Rules & Regulations Manual, produced by Defendants in the course of discovery
2  as COS050452, 50471, and 50500.

3      9.    Attached hereto as Exhibit 8 is a true and correct copy of an OIS 2010-2014 chart and a
4  Recordnet.com article regarding Officer-Involved Shootings, dated February 28, 2015, and produced
5  by Defendants in the course of discovery as COS005296 and 50531-50535.

6      10.    Attached hereto as Exhibit 9 is a true and correct copy of the report of Plaintiff's expert,
7  Scott A. DeFoe, dated March 30, 2017.

8      11.    Attached hereto as Exhibit 10 is a true and correct copy of a photograph of the interior
9  of the vehicle in which Mr. Smith was shot, produced by Defendants in the course of discovery as
10 COS010022.

11     12.    Attached hereto as Exhibit 11 is a Field Investigation Report, dated July 22, 2010, and
12 various Stockton Police Department Summary Narratives, produced by Defendants in the course of
13 discovery as COS005379-5395, 6375, 6670-6672, 6802-6808, 6913-6915, 7007, 7604, 7677, 8107,
14 and 8560.

15     13.    Attached hereto as Exhibit 12 is a true and correct copy of the Summons and Complaint
16 in the matter *Paul Singh v. City of Stockton*, Case. No. 39-2015-00328676-CU-CR-STK, and Police
17 Foundation report entitled "A Heist Gone Bad, A Police Foundation Critical Incident Review of the
18 Stockton Police Response to the Bank of the West Robbery and Hostage-Taking," produced by
19 Defendants in the course of discovery as COS049260-49300 and 50734-50796.

20     14.    Attached hereto as "Contreras Dep." are true and correct copies of excerpts from the
21 deposition of Sergio Contreras, taken November 18, 2016.

22     15.    Attached hereto as "DeFoe Dep." Are true and correct copies of excerpts from the
23 deposition of Scott A. DeFoe, taken June 8, 2017.

24     16.    Attached hereto as "Harrison Dep." are true and correct copies of excerpts from the
25 deposition of Robin Harrison, taken July 11, 2016.

26     17.    Attached hereto as "Jones Dep." are true and correct copies of excerpts from the
27 deposition of Eric Jones, taken April 3, 2017.

28     18.    Attached hereto as "Mayer Dep." are true and correct copies of excerpts from the

deposition of Patrick Mayer, taken July 18, 2016.

19. Attached hereto as "Perez Dep." are true and correct copies of excerpts from the deposition of Michael Perez, taken August 3, 2016.

20. Attached hereto as "Reynosa Dep." are true and correct copies of excerpts from the deposition of Michael Reynosa, taken June 20, 2016.

21. Attached hereto as "I. Smith Dep." are true and correct copies of excerpts from the deposition of Ingrid Smith, taken March 23, 2017.

22. Attached hereto as "N. Smith Dep." are true and correct copies of excerpts from the deposition of Nathaniel Smith, taken June 13, 2016.

23. Attached hereto as "Swanson Dep." are true and correct copies of excerpts from the deposition of Bradley Swanson, taken February 22, 2017.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 11th day of August 2017, in Pasadena, California.

/s/ Brian Olney
Brian Olney

OLNEY DECL IN SUPP PLTF'S OPP TO
DEFTS' MTN SUMMARY JUDGMENT          -3-

**INDEX OF EXHIBITS**

| Tab/Exhibit | Description |
| --- | --- |
| 1 | Statement of Officer Michael Perez, DR# 13-5535, dated April 19, 2013 |
| 2 | Statement of Officer Robin Harrison, DR#13-5535, dated February 13, 2013 |
| 3 | Excerpts from the Summary Narrative of Officer Jose Hermosillo Contreras, DR# 13-5535, dated March 8, 2013 |
| 4 | Excerpts from the transcript of the Criminal Grand Jury Indictment in *People of the State of California v. Nathaniel Alexander Smith*, Case No. SF127013A, dated February 11, 2014 |
| 5 | • Excerpts from the American Medical Response San Joaquin Patient Care Report, dated February 13, 2013<br>• Photographs of Plaintiff in the County Hospital, dated February 15, 2013 |
| 6 | Excerpt from the San Joaquin General Hospital Report of Operation, dated February 13, 2013 |
| 7 | Excerpts from the Stockton Police Department Rules & Regulations Manual |
| 8 | • Chart of OIS 2010-2014<br>• Recordnet.com article regarding Officer-Involved Shootings, dated February 28, 2015 |
| 9 | Report of Plaintiff's expert, Scott A. DeFoe, dated March 30, 2017 |
| 10 | Photograph of a vehicle's interior |
| 11 | • Field Investigation Report, dated July 22, 2010<br>• various Stockton Police Department Summary Narratives |
| 12 | • Summons and Complaint in the matter, *Paul Singh v. City of Stockton*, Case. No. 39-2015-00328676-CU-CR-STK<br>• A Heist Gone Bad, A Police Foundation Critical Incident Review of the Stockton Police Response to the Bank of the West Robbery and Hostage-Taking |
| Contreras Dep. | Excerpts from the deposition of Sergio Contreras, taken November 18, 2016 |
| DeFoe Dep. | Excerpts from the deposition of Scott A. DeFoe, taken June 8, 2017 |
| Harrison Dep. | Excerpts from the deposition of Robin Harrison, taken July 11, 2016 |
| Jones Dep. | Excerpts from the deposition of Eric Jones, taken April 3, 2017 |
| Mayer Dep. | Excerpts from the deposition of Patrick Mayer, taken July 18, 2016 |
| Perez Dep. | Excerpts from the deposition of Michael Perez, taken August 3, 2016 |
| Reynosa Dep. | Excerpts from the deposition of Michael Reynosa, taken June 20, 2016 |
| I. Smith Dep. | Excerpts from the deposition of Ingrid Smith, taken March 23, 2017 |
| N. Smith Dep. | Excerpts from the deposition of Nathaniel Smith, taken June 13, 2016 |
| Swanson Dep. | Excerpts from the deposition of Bradley Swanson, taken February 22, 2017 |