UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| NATHANIEL SMITH, | No. 2:15-CV-00363-KJM-AC |
|---|---|
| Plaintiff, | SIXTH AMENDMENT TO THE SCHEDULING ORDER |
| v. | |
| CITY OF STOCKTON ET AL, | |
| Defendants. | |

The parties jointly request (ECF No. 87) to amend dates in the scheduling order (ECF No. 65). Good cause appearing, the court GRANTS this request as follows, but vacates the final pretrial conference be reset as necessary after the court rules on the pending summary judgment motion:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Dispositive Motion Cutoff Date | Sep. 22, 2017 | Nov 17, 2017 |
| Hearing on Pending Summary Judgment Motion | Sep. 22, 2017 | Nov. 17, 2017 |
| Final Pretrial Conference | Dec. 8, 2017 | Vacated. Will be reset as needed. |

Trial will be scheduled at the Final Pretrial Conference. This amendment does not alter any other portions of the scheduling order (ECF No. 65).

IT IS SO ORDERED.

DATED: September 19, 2017.

UNITED STATES DISTRICT JUDGE

1