DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar # 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

Lori Rifkin, Esq. [S.B. #244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591/Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600/Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         bolney@hadsellstormer.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| NATHANIEL SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF STOCKTON, OFFICER PATRICK MAYER, OFFICER ROBIN HARRISON, AND OFFICER MICHAEL PEREZ IN THEIR INDIVIDUAL CAPACITIES; AND CHIEF OF POLICE ERIC JONES, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>　　　　Defendants | Case No.: 2:15-CV-00363-KJM-AC<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING APPEAL**<br><br>**[No hearing required]** |

| | |
|---|---|
| 1 | Plaintiff Nathaniel Smith and all Defendants (City of Stockton police |
| 2 | officers Patrick Mayer, Robin Harrison, and Michael Perez, Chief of Police Eric Jones, |
| 3 | and the City of Stockton) respectfully submit this stipulation to stay this case pending |
| 4 | Defendants' appeal. |

R E C I T A L S

A. On February 12, 2015, Plaintiff filed this lawsuit. His operative pleading is his Second Amended Complaint (Doc. No. 38).

B. On July 21, 2017, all Defendants filed a motion for summary judgment or partial summary judgment. (Doc. Nos. 74-80). The motion argued, among other things, the individual defendants are entitled to qualified immunity and the City is entitled to summary judgment on Plaintiff's *Monell* claim against it.

C. Plaintiff filed an opposition to the motion (Doc. No. 82) and Defendants filed a reply. (Doc. No. 85).

D. On November 17, 2017, the Court held a hearing on the motion. At the conclusion of the hearing, the Court took the motion under submission.

E. On August 13, 2018, the Court issued an order granting the motion in part and denying it in part. As part of its order, the Court expressly denied qualified immunity to the three Officers. (Doc. No. 95).

F. On September 12, 2018, all Defendants timely filed a notice of appeal with the Ninth Circuit (Doc. No. 103). Defendants claim that *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985), and its progeny hold that a district court's denial of qualified immunity is immediately appealable, and *Huskey v. City of San Jose*, 204 F.3d 893 (9th Cir. 2000), and its progeny, allow a public entity to join an interlocutory appeal of the denial of qualified immunity where the issues are "inextricably intertwined."

G. Counsel for Defendants contacted counsel for Plaintiff and stated Defendants intended to file a motion to stay this case pending the appeal and asked to meet and confer before filing the motion. Defendants assert the motion to stay would be

based on the rule that the filing of a notice of appeal "divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (*per curiam*), quoted in *Plata v. Schwarzenegger*, 2009 WL 799392, p. 10 (N.D. Ca. 2009); *Chuman v. Wright*, 960 F.2d 104 (9th Cir. 1992).

        H.      The parties met and conferred telephonically on September 21, 2018. Plaintiff's counsel stated that Plaintiff does not agree that Defendants have the right to appeal denial of summary judgment on the City's *Monell* claim as an interlocutory appeal, and that Plaintiff does not agree that this Court is divested of jurisdiction of any issues in this case other than the qualified immunity issues. Nonetheless, Plaintiff agreed to stipulate to stay the entire action pending appeal in order to avoid the costs and inefficiencies of piecemeal litigation.

        I.      There is no trial date. By stipulated order issued on September 12, 2018, the Court rescheduled the final pretrial conference for December 21, 2018. (Doc. No. 102).

## S T I P U L A T I O N

IT IS STIPULATED AND AGREED by the parties, through their counsel of record, that this Court stay this case pending the Ninth Circuit's ruling disposing of the appeal.

Dated: September 27, 2018          HERUM\CRABTREE\SUNTAG

By: /s/ - *Dana A. Suntag*
    Dana A. Suntag
    Attorney for All Defendants

Dated: September 27, 2018          HADSELL STORMER & RENICK LLP

By: /s/ - Lori Rifkin
    Lori Rifkin
    Attorney for Plaintiff

# O R D E R

Based on the foregoing stipulation, and good cause appearing therefor, IT IS ORDERED. This case is stayed pending a disposition of the appeal by the Ninth Circuit. The final pretrial conference is vacated.

DATED: October 3, 2018.

_____
UNITED STATES DISTRICT JUDGE