DANA A. SUNTAG, (State Bar No. 125127)
JOSHUA J. STEVENS, (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile:   (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

Lori Rifkin, Esq. (State Bar No. 244081)
Rifkin Law Office
3630 High Street, # 18917
Oakland, California 94619
Telephone: (510) 414-4132
lrifkin@rifkinlawoffice.com

Dan Stormer, Esq. (State Bar No. 101967)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626-585-9600
Facsimile: 626-577-7079
dstormer@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Smith,<br><br>          Plaintiff,<br><br>     v.<br><br>City of Stockton; Officer Patrick Mayer, Officer Robin Harrison, and Officer Michael Perez, in their individual capacities; and Chief of Police Eric Jones, in his official and individual capacities,<br><br>          Defendants. | **CASE NO.: 2:15-CV-00363-KJM-AC**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>[No hearing requested] |



**RECITALS**

A. On June 21, 2016, Plaintiff filed his operative Complaint, naming the City of Stockton, Stockton Police Department Officers Patrick Mayer, Robin Harrison, and Michael Perez, and Stockton Chief of Police Eric Jones, as Defendants ("Defendants"). (ECF No. 36.)

B. Defendants filed Answers to Plaintiff's Complaint. (ECF Nos. 6, 14, 22, and 31.) There is no counterclaim or cross-claim.

C. On March 4, 2021, at a settlement conference presided over by Magistrate Judge Allison Claire, the parties reached a settlement, and Plaintiff now wishes voluntarily to dismiss the entire action, with prejudice, pursuant to the settlement.

**STIPULATION**

IT IS STIPULATED AND AGREED, by and between Plaintiff and the Defendants, through their undersigned counsel of record, that this entire action be dismissed with prejudice as to all Defendants, each party to bear their own fees and costs, including without limitation attorneys' fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

As authorized on: April 16, 2021				RIFKIN LAW OFFICE

								By:	*/s/ Lori Rifkin*
									LORI RIFKIN
									Attorneys for Plaintiff


Dated:  March 11, 2021					HERUM\CRABTREE\SUNTAG
								*A California Professional Corporation*

								By:	*/s/ Joshua J. Stevens*
									JOSHUA J. STEVENS
									Attorneys for Defendants



**SIGNATURE ATTESTATION**

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained agreement in placing Plaintiffs' counsel's e-signature on this document and filing the same with the Court.

By: /s/ - *Joshua J. Stevens*
Joshua J. Stevens

**O R D E R**

IT IS SO ORDERED.

Dated: _____, 2021                    _____
                                                      UNITED STATES DISTRICT JUDGE

